No. 89–535. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES v. STROOP ET AL. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, and the parties are directed to adhere to the following briefing schedule: Brief for petitioner must be received by the Clerk on or before February 9, 1990; brief for respondents must be received by the Clerk on or before March 6, 1990; and a reply brief, if any, must be received by the Clerk on or before March 16, 1990.

No. 89–700. ASTROLINE COMMUNICATIONS COMPANY LIMITED PARTNERSHIP v. SHURBERG BROADCASTING OF HARTFORD, INC., ET AL. C. A. D. C. Cir. Motion of Congressional Black Caucus et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, and the parties are directed to adhere to the following briefing schedule: Brief for petitioner must be received by the Clerk on or before February 9, 1990; briefs for respondents must be received by the Clerk on or before March 6, 1990; and a reply brief, if any, must be received by the Clerk on or before March 16, 1990.

No. 89–5691. HUGHEY v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, and the parties are directed to adhere to the following briefing schedule: Brief for petitioner must be received by the Clerk on or before February 9, 1990; brief for respondent must be received by the Clerk on or before March 6, 1990; and a reply brief, if any, must be received by the Clerk on or before March 16, 1990.

No. 89–222. PIRAINO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 89–278. KENNISON ET AL. v. HOLCOMBE. Ct. App. S. C. Certiorari denied.

No. 89–303. TEXAS v. SMITH. Ct. App. Tex., 1st Dist. Certiorari denied.